SUSAN RAFFANTI
483 Ninth Street, Suite 200
Oakland, CA 94606
SBN 120993
Tel.: 510/451-2825
Fax: 510/839-1622
sraffanti@gmail.com

Attorney for MICHAEL HOVAN III

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-00344 SI |
| Plaintiff, ) | |
| vs. ) | [PROPOSED] STIPULATED ORDER RECOMMENDING DESIGNATION TO FCI FORREST CITY, ARKANSAS |
| MICHAEL HOVAN III ) | |
| Defendant. ) | |

Defendant MICHAEL HOVAN III, by and through his attorney, Susan Raffanti, and plaintiff UNITED STATES, by and through its attorney AUSA Tim Lucey, hereby stipulate that imprisonment in FCI Forrest City, Arkansas, Medium, if his security level makes him eligible for that facility, would best serve Mr. Hovan's interest in pursuing general education courses and drug treatment.

Date: February 20, 2009      /s/
                              Susan Raffanti
                              Attorney for MICHAEL HOVAN III

Date: February 20, 2009      /s/
                              Tim Lucey
                              Assistant United States Attorney

STIPULATED ORDER RE DESIGNATION          1

1
2
3   Based on the stipulation of the parties and the record in this case, and GOOD CAUSE
4   APPEARING, the court hereby recommends to the Bureau of Prisons that it designate Michael
5   Hovan III to FCI Forrest City, Arkansas, Medium if his security level makes him eligible for that
6   facility.
7   SO ORDERED.
8
9   Date:
    _____
10  SUSAN ILLSTON
    U.S. District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED ORDER RE DESIGNATION            2